UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERCY LEVY,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al,

    Defendants.

Case No. C08-5694RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING PLAINTIFF'S FEDERAL CLAIMS, AND REMANDING PLAINTIFF'S STATE CLAIMS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 9), objections to the Report and Recommendation (Dkt. 12), response to the objections to the Report and Recommendations (Dkt. 13), Supplement to Plaintiff's Objections to Report and Recommendation (Dkt. 14) and the remaining record, does hereby find and **ORDER**:

(1) In the plaintiff's objections (Dkt. 12) and supplement (Dkt. 14), he argues (1) that the relief requested was unavailable to him, and (2) that the plaintiff could have only filed one grievance and would have been barred from bringing the other claims because he had four grievances already pending; specifically, the plaintiff states that prisoner grievances are limited to five pending at one time, the prisoner must grieve each issue within 20 days of its occurrence, and the prisoner must break separate issues out into individual grievances. Dkt. 13 at 5. The plaintiff's objections are without merit because the plaintiff failed to exhaust his administrative remedies for all claims and

there was additional relief available to the plaintiff, which he did not pursue prior to filing this suit.

(2) the Court **ADOPTS** the Report and Recommendation (Dkt. 12);

(3) Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies (Dkt. 3) is **GRANTED** in so far as follows:

    (a) The federal claims contained in plaintiff's complaint are hereby **DISMISSED** without prejudice; and

    (b) The Court **DECLINES** to exercise supplemental jurisdiction over the plaintiff's state law claims; and

    (c) The remaining state claims contained in the complaint are hereby **REMANDED** to Superior Court for Thurston County;

(4) This dismissal does not qualify as a strike under 28 U.S.C. § 1915(g).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address. The Clerk is further directed to send certified copies of this order to the Clerk of the Court for Thurston County Superior Court.

DATED this 23rd day of April, 2009.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge