# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERCY LEVY

       v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS et al,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5694RJB-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court **ADOPTS** the Report and Recommendation;

2. Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies is **GRANTED** in so far as follows;

    (a) The federal claims contained in plaintiff's complaint are hereby **DISMISSED** without prejudice; and

    (b) The Court **DECLINES** to exercise supplemental jurisdiction over the plaintiff's state law claims; and

    (c) The remaining state claims contained in the complaint are hereby **REMANDED** to Superior Court for Thurston County.

| May 5, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |

                                                                                                  Jennie L Patton
                                                                                                   Deputy Clerk